AO 440 (Rev. 12/09) Summons in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC.<br><br>    Plaintiffs,<br><br>                    v.<br><br>THE EDGE and ABDUL AZIZ LALANI,<br><br>    Defendants. | Civil Action No.: 5:10-CV-890 |

**SUMMONS IN A CIVIL CASE**

TO:   **DEFENDANT THE EDGE**
          Southpark Mall, 2310 SW Military Drive, San Antonio, TX  78224
          or via Owner, Abdul Aziz Lalani
                    15603 Possum Kingdom Lane
                    Sugar Land, TX  77478

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, whose name and address are:

   Natalie L. Arbaugh
   Fish & Richardson P.C.
   1717 Main Street, Suite 5000
   Dallas, TX  75201
   Telephone: 214-747-5070 / Fax: 214-747-2091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____           _____
                                         Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

Civil Action No. 5:10-CV-890

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $\_\_\_\_\_ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____           _____
                                                                                 *Server's signature*

                                                                         _____
                                                                                 *Printed name and title*

                                                                         _____
                                                                                 *Server's address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 12/09) Summons in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO

COACH, INC. and COACH SERVICES, INC.,

   Plaintiffs,

                     v.             Civil Action No.: 5:10-CV-890

THE EDGE and ABDUL AZIZ LALANI,

   Defendants.

**SUMMONS IN A CIVIL CASE**

TO:    **DEFENDANT ABDUL AZIZ LALANI**
         15603 Possum Kingdom Lane
         Sugar Land, TX  77478

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Natalie L. Arbaugh
    Fish & Richardson P.C.
    1717 Main Street, Suite 5000
    Dallas, TX  75201
    Telephone: 214-747-5070 / Fax: 214-747-2091

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                                              Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

Civil Action No. 5:10-CV-890

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
_____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                        *Server's signature*


                                                        _____
                                                        *Printed name and title*


                                                        _____
                                                        *Server's address*


Additional information regarding attempted service, etc.: