UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE EDGE and ABDUL AZIZ LALANI, <br><br> Defendants. | Civil Action No. 5:10-CV-0890 |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 8.1(a)(3)(D), and LR 81.2, Plaintiffs Coach, Inc. and Coach Services, Inc. ("Coach") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of Coach's stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Coach, Inc., Coach Services, Inc.

**CERTIFICATE OF INTERESTED PERSONS – Page 1**

Dated:  November 5, 2010

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Natalie L. Arbaugh*
Natalie L. Arbaugh
Attorney-in-Charge
nla@fr.com
Texas Bar No. 24033378

1717 Main Street
Suite 5000
Dallas, Texas  75201
Telephone:  (214) 747-5070
Facsimile:  (214) 747-2091

**COUNSEL FOR PLAINTIFFS
COACH, INC. and COACH SERVICES, INC.**

90476281.doc

**CERTIFICATE OF INTERESTED PERSONS** – Page 2